IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EARNEST J. FILES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CV-501-WKW |
| | ) | [WO] |
| CLAYTON KIM TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On August 25, 2017, the Magistrate Judge filed a Recommendation (Doc. # 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court.

A final judgment will be entered separately.

DONE this 19th day of September, 2017.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE